No. 441. ILLINOIS EX REL. DALY ET AL. *v.* STRATTON, GOVERNOR, ET AL. Supreme Court of Illinois. Certiorari denied.

No. 443. BLUE RIDGE RURAL ELECTRICAL COOPERATIVE, INC. *v.* BYRD. C. A. 4th Cir. Certiorari denied. *James D. Poag* and *Wesley M. Walker* for petitioner. *Henry Hammer* for respondent.

No. 444. ARNAUD'S RESTAURANT, INC. ET AL. *v.* COTTER. C. A. 5th Cir. Certiorari denied. *Sidney G. Roos* and *Cicero C. Sessions* for petitioners. *Joseph M. Jones* filed a waiver of right to file a reply brief for respondent.

No. 449. ST. REGIS PAPER CO. *v.* STUART. C. A. 1st Cir. Certiorari denied. *Robert Proctor* and *Horace R. Lamb* for petitioner. *Reginald Heber Smith* for respondent.

No. 452. PELLEY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Albert W. Dilling* and *Kirkpatrick W. Dilling* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 453. ROBIQUE ET AL. *v.* LAMBERT, U. S. DIRECTOR OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *G. Wray Gill* and *Gerard H. Schreiber* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack* and *Robert B. Ross* for respondent.

No. 455. IRVIN *v.* CHAPMAN, SUPERINTENDENT OF RAIFORD STATE PENITENTIARY. Supreme Court of Florida. Certiorari denied. *Thurgood Marshall, Jack*